**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check If this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Paramount Equipment, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  OPI Industries** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **11-2730163** | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **201 Christopher Street**<br>**Ronkonkoma, NY 11779**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Paramount Equipment, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3261

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

Debtor    **Paramount Equipment, Inc.**          Case number (*if known*) _____
           _____
           Name

**11. Why is the case filed in**
**this district?**          *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**
**have possession of any**
**real property or personal**
**property that needs**
**immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of**
**available funds**          *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**
**creditors**

☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
■ 50-99          ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000       ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million       ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Paramount Equipment, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2018**
MM / DD / YYYY

**X /s/ Matthew Barbaro**                                    **Matthew Barbaro**
Signature of authorized representative of debtor        Printed name

Title    **Vice President**

**18. Signature of attorney**

**X /s/ Thomas R. Slome**                    Date **September 12, 2018**
Signature of attorney for debtor                    MM / DD / YYYY

**Thomas R. Slome, Esq.**
Printed name

**Meyer, Suozzi, English & Klein P.C.**
Firm name

**990 Stewart Avenue, Suite 300**
**Garden City, NY 11530**
Number, Street, City, State & ZIP Code

Contact phone    **516-741-6565 ext. 5922**    Email address    **tslome@msek.com**

**1935584 NY**
Bar number and State

## RESOLUTION OF THE BOARD OF DIRECTORS OF
## PARAMOUNT EQUIPMENT, INC.

WHEREAS, the undersigned, being all of the members of the Board of Directors of Paramount Equipment, Inc. (the "Company"), and having convened a Special Meeting pursuant to Paragraph 3 of Article II of the Company's By-Laws, and notice of such meeting having been waived; and

WHEREAS, the Board of Directors having received and reviewed reports furnished to it concerning the financial condition of the Company; and

WHEREAS, it appearing in the business judgment of the Board of Directors that the Company should be liquidated under the supervision of the United States Bankruptcy Court, it is hereby:

RESOLVED, that the Company initiate a case under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that Matthew Barbaro is directed and authorized to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

RESOLVED, that Meyer, Suozzi, English & Klein, P.C. which was previously retained to provide legal advice to the Company in connection with a reorganization, out of court work-out or bankruptcy filing, is authorized to represent the Company in connection with any case commenced for the Company under the Bankruptcy Code.

Dated: Ronkonkoma, New York
      August 31, 2018


*/s/ Matthew Barbaro*
Matthew Barbaro

                               */s/ Jerome Bernzweig*
                               Jerome Bernzweig

4146462

---

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Paramount Equipment, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td>_____</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration   **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 12, 2018**     X **/s/ Matthew Barbaro**
_____        _____
                                        Signature of individual signing on behalf of debtor

                                        **Matthew Barbaro**
                                        Printed name

                                        **Vice President**
                                        Position or relationship to debtor

---

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

<div style="border:1px solid black">

**Fill in this information to identify the case:**

Debtor name      **Paramount Equipment, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

</div>

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**    Summary of Assets

---

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................    $ _____ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................................    $ _____ 124,444.59

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..............................................................................    $ _____ 124,444.59

---

**Part 2:**    Summary of Liabilities

---

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............    $ _____ 99,000.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____ 1,885,458.59

4.  **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b

    $ _____ 1,984,458.59

---

**Fill in this information to identify the case:**

Debtor name    **Paramount Equipment, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*
    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account
                                                                                    number

| | | | | |
|---|---|---|---|---|
| 3.1. | **HSBC Bank USA** | **Checking** | 9463 | Approx. **$450.00** |
| 3.2. | **HSBC Bank USA - Payroll Account** | **Checking** | 9811 | Approx. **$400.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    Approx. **$850.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Suffolk County Water Authority** | **$350.00** |
| 7.2. | **Security Deposit with Landlord J&L Property Investors LLC f/k/a RAC Industrial Developers , 3505 Veterans Memorial Highway, Ronkonkoma, NY 11779** | **$19,166.68** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Paramount Equipment, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                              | $19,516.68 |
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

    11a. 90 days old or less:     **2,976.64**  -      **0.00**  = ....     **$2,976.64**
                    face amount          doubtful or uncollectible accounts
                    See Schedules A/B - Part 3, Question 11a Annex

    11b. Over 90 days old:      **15,759.45**  -      **0.00**  = ....     **$15,759.45**
                    face amount          doubtful or uncollectible accounts
                    See Schedules A/B - Part 3, Question 11b Annex

12.  **Total of Part 3.**                                                              | $18,736.09 |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Rolls of Plastic Film** | **8/27/2018** | **$26,200.00** | **Per pound value** | **$26,200.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**Stock goods** | **8/27/2018** | **$4,249.01** | **Net book value** | **$4,249.01** |
| 22. | **Other inventory or supplies**<br>**Boxes** | **8/27/2018** | **$6,846.67** | **Per box value** | **$6,846.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Paramount Equipment, Inc.**                                Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| Solvent | 8/27/2018 | $694.00 | Per gallon value | $694.00 |
| Ink | 8/27/2018 | $39,633.00 | Per pound value | $39,633.00 |
| Printing Plates (See Schedule A/B - Part 5 Annex - Question 22 Annex) | 8/27/2018 | Unknown | | Unknown |
| String | 8/27/2018 | $719.81 | Per length value | $719.81 |

23.   **Total of Part 5.**                                                                   | $78,341.82 |
      Add lines 19 through 22.  Copy the total to line 84.

24.   Is any of the property listed in Part 5 perishable?
      ■ No
      ☐ Yes

25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?
      ■ No
      ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Desk, Chairs, File Cabinets** | Unknown | | Unknown |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **13 Dell Computers** | Unknown | | Unknown |
| **1 OKI C5200 Colored Printer** | Unknown | | Unknown |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Paramount Equipment, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| HP Laser Jet Printer 4250 (4) paper stations | Unknown | | Unknown |
| 1 Brother Printer HL-L23600W | Unknown | | Unknown |
| 1 Scan Snap Scanner - 51300I | Unknown | | Unknown |
| 1 Ricoh Laser Printer AP 2610 | Unknown | | Unknown |
| 1 OKI MB451W Scanner - Fax - Printer - Coper | Unknown | | Unknown |
| 2 Brother Fax Business Class Lazer Fax Model 4100E | Unknown | | Unknown |
| 1 Xerox copier Model 416 SER #13049 with 4 paper trays | Unknown | | Unknown |
| 2 OKI Label Printers LD6200 | Unknown | | Unknown |
| 2 Zebra Label Printers LP2844 | Unknown | | Unknown |
| 2 IBM Electric Typewriters (Wheel Writer 3) | Unknown | | Unknown |
| 5 Sharp Calculators | Unknown | | Unknown |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$0.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Paramount Equipment, Inc.**                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.1. | Forlift Truck 2006 Toyota - Serial No. 96941, Model No. 7FGCU25 | Unknown | $7,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| 1 Quincy 30 HP Rotary Screw Air Compressor Equipment with Two After Dryers | Unknown | Unknown |
| 1 4000 SCFM Catalytic Oxidizer (Wolverine) | Unknown | Unknown |
| 2 Roann Poly Star 5000 56" Spliy Draw Bag Machines (equipt with 2 edgeguided unwind stands and v boards patch handle attachment, fold over attachment, plastic draw attachment) | Unknown | Unknown |
| 1 Schjeldual 56" Split Draw Model 308 (equipt with 2 edgeguided unwind stands and v boards patch handle attachment, fold over attachment, plastic draw attachment) | Unknown | Unknown |
| 1 Schjeldual 56" One Up equipt with one edgeuided unwind, one v board and patch handle attachment | Unknown | Unknown |
| 2 60" wide 56" face width 2 color Flexo Press with unwind (edguided) with drying system connected to catalytic oxidizer with automatic tension controls | Unknown | Unknown |
| 1 Cortrel color mounted on a 4 color fram 42" print width conencted to catalytic oxidizer | Unknown | Unknown |
| 1 two color 30" wide 25" print width connected to an inline 30" Gloucester 419 Garment Bag Machine | Unknown | Unknown |

51. **Total of Part 8.**                                                           | $7,000.00 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

| Debtor | **Paramount Equipment, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **201 Christopher Street, Ronkonkoma NY 11779 - Lease $15,025.00 per month** | **20,000 Sq. Ft. Building** | **Unknown** | | **Unknown** |

| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | | **$0.00** |
|---|---|---|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer List - available but not included** | **Unknown** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | **$0.00** |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Paramount Equipment, Inc.**                    Case number *(if known)* _____
_____
Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
  ■ No
  ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ■ No. Go to Part 12.
  ☐ Yes Fill in the information below.

Debtor   **Paramount Equipment, Inc.**                                     Case number *(If known)* _____
          Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $850.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $19,516.68 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $18,736.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $78,341.82 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $124,444.59 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $124,444.59 |

## SCHEDULE A/B
## Assets - Real and Personal Property

## PART 3 ANNEX

## Question 11a

*Accounts Receivable – 90 days old or less*

| | Amount |
|---|---|
| Babor Packaging<br>855-857 S Canal Street<br>Pittsburgh, PA 15212 | $68.90 |
| Guardian Packaging<br>110 Center Street<br>Wilder, KY 41071 | $843.59 |
| Specialty Box<br>1040 Broadway<br>Albany, NY 12204 | $1,057.20 |
| Turner Packaging Concepts<br>133 High Hammock<br>John's Island, SC 29455 | $1,006.95 |
| **Total** | $2,976.64 |

**SCHEDULE A/B**
**Assets - Real and Personal Property**

**PART 3 ANNEX**

**Question 11b**

*Accounts Receivable – Over 90 days old*

|  | Amount |
|---|---|
| Bags on the Net<br>PO Box 404<br>Bohemia, NY 11716 | $459.14 |
| Copeland & Laird International<br>615 West Wiltshire Drive<br>Wallingford, PA 19086 | $13,307.26 |
| Eddie Goodman Sales<br>3606 Preserve Lane<br>Miramar Beach, FL 32550 | $10.80 |
| Georgia Retail Packaging<br>The Shoppes At Webb Gin<br>1350 Sonic Highway No. #266<br>Snellville, GA 3078 | $1,552.74 |
| Piedmont National<br>1561 Southland Circle<br>Atlanta, GA 30318 | $3.40 |
| Staples, Inc.<br>PO Box 10249<br>Columbia, SC 29224 | $6.29 |
| Walnut<br>450 Smith Street<br>East Farmingdale, NY 11735 | $419.82 |
| **Total** | $15,759.45 |

**SCHEDULE A/B**
<u>**Assets - Real and Personal Property**</u>

<u>**PART 5 ANNEX**</u>

<u>**Question 22**</u>

*Other inventory or supplies – Printing Plates*

Debtor is in possession of numerous printing plates which were utilized by the Debtor in its business.  Some of the printing plates in Debtor's possession belong to the Debtor's current or former customers.

**Fill in this information to identify the case:**

Debtor name    **Paramount Equipment, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **HSBC Bank USA** | | |
|---|---|---|---|

Creditor's Name

**Commercial Loan Services
Suite 0002
Buffalo, NY 14270**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
**6/7/11**

**Last 4 digits of account number**
**1200**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All equipment, inventory, documents, accounts, chattel paper and general intangibles**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$99,000.00**    Column B: **$99,000.00**

**3.**    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$99,000.00**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Paramount Equipment, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A1 Plastic Bags**<br>**136 Tichenor Street**<br>**Newark, NJ 07105**<br><br>Date(s) debt was incurred __1/9/2018__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,592.65** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Adello Uceda Rivera**<br>**55 Eisenhower Avenue**<br>**Brentwood, NY 11717**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **For Notice Purposes Only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Affinity Bag Co.**<br>**481-C Johnson Avenue**<br>**Bohemia, NY 11716**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **For Notice Purposes Only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**AirPower Transmission Inc.**<br>**81 Gazza Blvd.**<br>**Farmingdale, NY 11735**<br><br>Date(s) debt was incurred __11/2/2017__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$146.82** |

Debtor  **Paramount Equipment, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $2,183.63 |

| | |
|---|---|
| **Alford/Presidential Industries**<br>**200 West Commercail Avenue**<br>**Moonachie, NJ 07074**<br><br>Date(s) debt was incurred  _5/2017 - 9/2017_<br><br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $104,984.31 |

| | |
|---|---|
| **Allied Plastics Holdings LLC**<br>**560 Ferry Street**<br>**Newark, NJ 07105**<br><br>Date(s) debt was incurred  _Since 10/18/2017_<br><br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

| | |
|---|---|
| **Annette Forgas**<br>**2375A Raynor Street**<br>**Ronkonkoma, NY 11779**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **For Notice Purposes Only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

| | |
|---|---|
| **Anthony J. Buttonow**<br>**7 Winston Road**<br>**Centereach, NY 11720**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **For Notice Purposes Only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

| | |
|---|---|
| **Babor Packaging**<br>**855-857 S Canal Street**<br>**Pittsburgh, PA 15212**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **For Notice Purposes Only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

| | |
|---|---|
| **Bags on the Net**<br>**PO Box 404**<br>**Bohemia, NY 11716**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **For Notice Purposes Only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $15,369.13 |

| | |
|---|---|
| **Ber Plastics**<br>**5 Curtis Street**<br>**Riverdale, NJ 07457**<br><br>Date(s) debt was incurred _11/2014 - 12/2014_<br><br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Debtor  **Paramount Equipment, Inc.**                                    Case number (if known) _____
_____
        Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $597.02 |
|---|---|---|---|

**Cablevision**
**6 Corporate Drive**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/1/2018
Last 4 digits of account number  1011

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,308.04 |
|---|---|---|---|

**CAI**
**7m Martel Way**
**Georgetown, MA 01833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/23/2017; 10/2/2017
Last 4 digits of account number  1079

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,072.69 |
|---|---|---|---|

**Capital One Bank**
**PO Box 71083**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Since 1/2016
Last 4 digits of account number  9593

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles A. Bodden**
**111 Dawn Drive**
**Centereach, NY 11720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  For Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christine H. Black, Acting Asst, UST**
**Office of the United States Trustee**
**U.S. Federal Office Building**
**201 Varick Street, Suite 1006**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  For Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christine H. Black, Asst. UST**
**Office of the U.S. Trustee**
**Alfonse D'Amato Federal Courthouse**
**560 Federal Plaza**
**Central Islip, NY 11722-4456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  For Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Grob**
**2295 Chestnut Avenue**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  For Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paramount Equipment, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $972.31 |
|---|---|---|---|
| | **Constaflow Pump Corp.**<br>**626 Wirebach Street**<br>**Easton, PA 18042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **8/30/2011; 7/6/2012** | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510.00 |
|---|---|---|---|
| | **Continental Roller Co.**<br>**75 Arlington Avenue**<br>**Kearny, NJ 07032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/9/2015** | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Copeland & Laird International**<br>**615 West Wiltshire Drive**<br>**Wallingford, PA 19086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **For Notice Purposes Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160,000.00 |
|---|---|---|---|
| | **Dave Barnett**<br>**19 Wood Hollow Lane**<br>**Fort Salonga, NY 11768** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **9/2015 - 3/2018** | Basis for the claim:  **Loans** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,775.00 |
|---|---|---|---|
| | **Dynasty Cleaning**<br>**PO Box 452**<br>**Commack, NY 11725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **9/2017 - 3/2018** | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Eddie Goodman Sales**<br>**3606 Preserve Lane**<br>**Miramar Beach, FL 32550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **For Notice Purposes Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $909.06 |
|---|---|---|---|
| | **EDI Express**<br>**2303 W. 190th Street**<br>**Torrance, CA 90504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/17/2017; 10/26/2017;**<br>**4/6/2018; 6/5/2018; 7/12/2018** | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Paramount Equipment, Inc.**                                  Case number (if known) _____
_____
         Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198,397.24** |
|---|---|---|---|

**Favorite Plastics**
**1465 Utica Avenue**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Since 8/2016**

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162.00** |
|---|---|---|---|

**FedEx**
**PO Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Since 6/2018**

Last 4 digits of account number  **1536**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$680.00** |
|---|---|---|---|

**Franklin Braid Mfg. Co.**
**PO Box 711**
**Emporia, VA 23847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/29/2017**

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,706.05** |
|---|---|---|---|

**Freedman Packaging Corp.**
**454 Livonia Avenue**
**Brooklyn, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/18/2017; 9/14/2017**

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$415.62** |
|---|---|---|---|

**FW Hall**
**913 Route 23 SAO**
**Pompton Plains, NJ 07444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/14/2017**

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Georgia Retail Packaging**
**The Shoppes At Webb Gin**
**1350 Scenic Highway No. #266**
**Snellville, GA 30078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$665.42** |
|---|---|---|---|

**Grainger Inc.**
**199 Orville Drive**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2017 - 6/2017**

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Paramount Equipment, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Guardian Packaging**<br>**110 Center Street**<br>**Wilder, KY 41071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **For Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Helen La Mere**<br>**154 Eugene Street**<br>**Holbrook, NY 11741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **For Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $616.07 |
|---|---|---|---|
| | **Hilton Sales**<br>**PO Box 776**<br>**Lindenhurst, NY 11757-0778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/21/2016 | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,196.09 |
|---|---|---|---|
| | **HSBC Bank USA, N.A.**<br>**PO Box 9**<br>**Buffalo, NY 14240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **6972** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263.30 |
|---|---|---|---|
| | **Intelli-Tec**<br>**2000 Shames Drive**<br>**Westbury, NY 11590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/1/2018; 7/1/2018 | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **For Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306,458.04 |
|---|---|---|---|
| | **J&L Property Investors LLC**<br>**f/k/a RAC Industrial Developers**<br>**3505 Veterans Memorial Highway**<br>**Ronkonkoma, NY 11779** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lease Rent** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Paramount Equipment, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180,000.00** |
|---|---|---|---|

**Jennifer Barbaro**
**19 Wood Hollow Lane**
**Northport, NY 11768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2017 - 8/2018**

Basis for the claim: **Loans**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137,831.81** |
|---|---|---|---|

**Jerome Bernzweig**
**117 Glen Way**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesus Turcios**
**223 Sunflower Lane**
**Islandia, NY 11749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,381.16** |
|---|---|---|---|

**Jones Yarn**
**PO Box 367**
**Humboldt, TN 38343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/14/2017**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,461.32** |
|---|---|---|---|

**KCK Landscape**
**3505 Veterans Memorial Highway**
**Suite A**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/2018 - 6/2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kingsway Paper Co.**
**1731 Ginesi Drive**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77.93** |
|---|---|---|---|

**LI Hardware**
**3606 Veterans Highway**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2018 - 8/2018**

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Paramount Equipment, Inc.**                                    Case number (if known) _____
         Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Luis Turcios**
**36 E. Walnut Street**
**Central Islip, NY 11722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marcia Laird**
**385 Cedarhurst Street**
**Islip Terrace, NY 11752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,900.00 |
|---|---|---|---|

**Matthew Barbaro**
**11 Geoffrey Lane**
**Kings Park, NY 11754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2018 - 8/2018**

Last 4 digits of account number  **9811**

Basis for the claim:  **Loans (Payroll)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,981.95 |
|---|---|---|---|

**Matthew Barbaro**
**11 Geoffrey Lane**
**Kings Park, NY 11754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2017 - 8/2018**

Last 4 digits of account number _

Basis for the claim:  **Loans (Expenses)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126,880.52 |
|---|---|---|---|

**Matthew Barbaro**
**11 Geoffrey Lane**
**Kings Park, NY 11754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loans**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $393,670.40 |
|---|---|---|---|

**Muller Family Trust**
**103 Regency Drive**
**Conway, SC 29526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/30/2005**

Last 4 digits of account number _

Basis for the claim:  **Stock Repurchase**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,285.75 |
|---|---|---|---|

**National Grid**
**460 E. Main Street**
**Patchogue, NY 11772-1306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Since 1/2018**

Last 4 digits of account number  **4007**

Basis for the claim:  **Utility**

Is the claim subject to offset? ☐ No ☐ Yes

Debtor    **Paramount Equipment, Inc.**                                    Case number (if known) _____
                Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Neftali Moreno**
**58 Cordello Avenue**
**Central Islip, NY 11722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** For Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**NYC Department of Finance**
**345 Adams Street, 3rd Floor**
**Attn:  Legal Affairs**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** For Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**NYS Department of Taxation &  Finance**
**Bankruptcy/Special Procedures Section**
**PO Box 5300**
**Albany, NY 12205-0300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** For Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**NYS Unemployment Ins. Fund**
**P.O. Box 551**
**Albany, NY 12201-0551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** For Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Office of Site Remediation Enforcement**
**US Environ. Protection Agency**
**1200 Pennsylvania Avenue, N.W.**
**Mail Code 2272A**
**Washington, DC 20004-2004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** For Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Oscar A. Hernandez**
**31 Michigan Street**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** For Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Parking Violations Bureau**
**210 Joralemon Avenue**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** For Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Paramount Equipment, Inc.**                                Case number (if known) _____
                    Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paychex**
1767 Veterans Highway
PO Box K
Syosset, NY 11773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/26/2018**

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Piedmont National**
1561 Southland Circle
Atlanta, GA 30318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.08 |
|---|---|---|---|

**Pitney Bowes**
PO Box 371896
Pittsburgh, PA 15250-7896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Since 9/2017**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0345**

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,463.25 |
|---|---|---|---|

**Platecrafters**
230 Bethlehem Pike
Colmar, PA 18915

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Since 7/2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Polycraft**
40 Ranick Road
Hauppauge, NY 11788

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.37 |
|---|---|---|---|

**Professional Fire**
56 Shore Drive S.
Copiague, NY 11726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/15/2017**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,480.52 |
|---|---|---|---|

**PSE&G**
175 E. Old Country Road
Hicksville, NY 11801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Since 6/2018**

Basis for the claim:  **Utiiity**

Last 4 digits of account number  **4454**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Paramount Equipment, Inc.**
     Name

Case number (if known) _____

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.00
| **Ranco Wiping Clothes** | ☐ Contingent |
| **14 Troy Place** | ☐ Unliquidated |
| **PO Box 369** | ☐ Disputed |
| **Freeport, NY 11520** | |
| Date(s) debt was incurred _4/6/2018_ | Basis for the claim: **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00
| **S&S Express** | ☐ Contingent |
| **1537 Illinois Avenue** | ☐ Unliquidated |
| **Bay Shore, NY 11706** | ☐ Disputed |
| Date(s) debt was incurred _11/3/2017_ | Basis for the claim: **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,570.64
| **Sideweld** | ☐ Contingent |
| **2175 Union Blvd.** | ☐ Unliquidated |
| **Bay Shore, NY 11706** | ☐ Disputed |
| Date(s) debt was incurred _Since 11/2016_ | Basis for the claim: **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **Social Security Administration** | |
| **Office of the Regional Chief Counsel** | ☐ Contingent |
| **Region II** | ☐ Unliquidated |
| **26 Federal Plaza, Room 3904** | ☐ Disputed |
| **New York, NY 10278** | |
| Date(s) debt was incurred _ | Basis for the claim: **For Notice Purposes Only** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **Specialty Box** | ☐ Contingent |
| **1040 Broadway** | ☐ Unliquidated |
| **Albany, NY 12204** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **For Notice Purposes Only** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **Staples, Inc.** | ☐ Contingent |
| **PO Box 10249** | ☐ Unliquidated |
| **Columbia, SC 29224** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **For Notice Purposes Only** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.32
| **Starlite Fuel** | ☐ Contingent |
| **111 South 4th Street** | ☐ Unliquidated |
| **Bay Shore, NY 11706** | ☐ Disputed |
| Date(s) debt was incurred _4/18/2018; 5/30/2018_ | Basis for the claim: **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor    **Paramount Equipment, Inc.**                                    Case number (if known) _____
_____
            Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.20 |
|---|---|---|---|

**Suffolk Water Authority**
PO Box 3147
Hicksville, NY 11802

Date(s) debt was incurred  **6/26/2018**

Last 4 digits of account number  **9002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $735.21 |
|---|---|---|---|

**Summit Toyota**
63 Mall Drive
Commack, NY 11725

Date(s) debt was incurred  **8/31/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Supply One**
21 Executive Blvd.
Farmingdale, NY 11735

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $363.89 |
|---|---|---|---|

**T.M. Kennedt's Garage Door**
236 N. Main Street
Sayville, NY 11782

Date(s) debt was incurred  **5/30/2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Turner Packaging Concepts**
133 High Hammock
Johns Island, SC 29455

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Attorney's Office, EDNY**
Attn: Tax & Bankruptcy Unit
147 Pierrepont Street
Brooklyn, NY 11201

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U.S. Department of Education**
50 Beale Street #8629
San Francisco, CA 94105

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paramount Equipment, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**U.S. Department of Health and**
**Human Services**
**Office of the General Counsel**
**26 Federal Plaza - Room 3908**
**New York, NY 10278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** For Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**U.S. Dept of Education**
**PO Box 5609**
**Greenville, TX 75403-5609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** For Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**U.S. Securities and Exchange Commission**
**New York Regional Office**
**Brookfield Place**
**200 Vesey Street, Suite 400**
**New York, NY 10281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** For Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.41 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2017 - 4/2017

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United States Trustee's Office**
**Region 2**
**U.S. Federal Office Building**
**201 Varick Street, Room 1006**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** For Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.78 |
|---|---|---|---|

**UPS**
**PO Box 72470244**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2018 - 8/2018

**Basis for the claim:** Trade debt

Last 4 digits of account number  7964

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,256.10 |
|---|---|---|---|

**Walnut**
**450 Smith Street**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2017 - 8/2017

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Paramount Equipment, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wilfredo E. Perla**
316 Second Avenue
Brentwood, NY 11717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  For Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**William K. Harrington, US Trustee**
Office of the United States Trustee
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  For Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | | $1,524.04 |
|---|---|---|---|

**Winter Brothers**
1198 Prospect Avenue
Westbury, NY 11590-2723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2018 - 7/2018
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | | $651.45 |
|---|---|---|---|

**Yellow Freight**
PO Box 5901
Topeka, KS 66605-0901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/25/2017
Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Daniel Wm. DeLuca, Esq.**<br>3555 Veterans Memorial Highway<br>Suite P<br>Ronkonkoma, NY 11779 | Line  3.39<br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,885,458.59 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,885,458.59 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Paramount Equipment, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Building Lease** |
| State the term remaining | **Expires 4/30/2022** |
| List the contract number of any government contract | _____ |

**J&L Property Investors LLC**
**f/k/a RAC Industrial Developers**
**3505 Veterans Memorial Highway**
**Ronkonkoma, NY 11779**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Paramount Equipment, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                      *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jerome Bernzweig** | | **Capital One Bank** | ☐ D _____<br>■ E/F _**3.14**_<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Paramount Equipment, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  10/1/2017 to 8/31/2018 | ☑ Operating a business<br>☐ Other _____ | $521,120.35 |
| **For year before that:**<br>From  10/1/2016 to 9/30/2017 | ☑ Operating a business<br>☐ Other _____ | $745,210.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **PSE&G**<br>**175 E. Old Country Road**<br>**Hicksville, NY 11801** | 6/8/2018<br>6/29/2018<br>7/16/2018<br>7/24/2018<br>8/17/2018 | $11,489.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Paramount Equipment, Inc.**                      Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Allied Plastics Holdings LLC**<br>**560 Ferry Street**<br>**Newark, NJ 07105** | 6/25/2018<br>7/5/2018<br>7/6/2018<br>7/31/2018<br>8/1/2018 | $28,513.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **J&L Property Investors**<br>**f/k/a RAC Industries**<br>**3505 Veterans Memorial Highway**<br>**Ronkonkoma, NY 11779** | 8/1/2018 | $25,025.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Lease Rent |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
   |---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **J&L Property Investors, LLC,**<br>**Petitioner (Landlord) against**<br>**Paramount Equipment Co.**<br>**LT-iSLT001367** | **Landlord-Tenant**<br>**Action** | **Fifth District Court -**<br>**Ronkonkoma**<br>**3105 Veterans Memorial**<br>**Highway**<br>**Ronkonkoma, NY 11779** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Paramount Equipment, Inc. | Case number (if known) |
|---|---|---|

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

## Part 6:    Certain Payments or Transfers

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Meyer Suozzi English &Klein PC 990 Stewart Avenue Suite 300, PO Box 9194 Garden City, NY 11530 | | | $10,000.00 |
| | Email or website address wwww.msek.com | | | |
| | Who made the payment, if not debtor? Debtor's President, Jerome Bernzweig, and Vice-President, Matthew Barbaro, each deposited one-half of the funds for payment of the $10,000 fee into Debtor's HSBC account and issued a company check for $2,500 and obtained a bank check for $7,500 for the payment of the fee. | | | |

12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

Debtor **Paramount Equipment, Inc.**  Case number *(if known)* _____

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Paramount Equipment, Inc.**                                    Case number *(if known)* _____

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None (except see Schedule A/B - Part 5, Annex - Question 22 Annex)

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.** Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Paramount Equipment, Inc.**                                    Case number *(if known)* _____

Include this information even if already listed in the Schedules.

[✓] None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

[ ] None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Katz And Arnone CPA PC**<br>**60 East 42nd Street**<br>**Suite 938**<br>**New York, NY 10165** | **1997 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

[✓] None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

[ ] None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Marvin Katz CPA PC**<br>**One World Trade Center**<br>**Suite 4515**<br>**New York, NY 10007** | **Prior to 2001 all corporate papers (minutes,<br>annual and special meetings, stocks and<br>records) were prepared by Marvin Katz, CPA<br>and kept in his office at one World Trade<br>Center were destroyed on 9/11/2001. Shortly<br>after that Marvin Katz passed away and his<br>assistant took over the practice (Katz and<br>Arnone, CPA PC).** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

[✓] None

**Name and address**

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

[✓] No (except for purposes of preparing bankruptcy schedules).
[ ] Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **See Statement of Financial<br>Affairs Annex, Question 28** | | | |

Debtor    **Paramount Equipment, Inc.**                                Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation

Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September  12, 2018**

**/s/ Matthew Barbaro**                                          **Matthew Barbaro**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Vice President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

## STATEMENT OF FINANCIAL AFFAIRS

### ANNEX

### Question 28

*Debtor's officers, directors, managing members, general partners,*
*members in control, controlling shareholders, or other people in control*
*of the debtor at the time of the filing of this case.*

The two current shareholders and directors of the Debtor are listed below. Kenneth Muller was a prior owner of 25 shares of common stock in the Debtor which represented 33 $\frac{1}{3}$ % of the issued and outstanding shares of the capital stock of the Debtor. Mr. Muller's ownership stake in the Debtor was repurchased by the Debtor pursuant to a Stock Redemption Repurchase Agreement dated August 30, 2005 ("**Buyout Agreement**"). Pursuant to the Buyout Agreement, Mr. Muller's shares were placed into escrow in exchange for $1 million to be paid by the Debtor as set forth in the Buyout Agreement and with annual rate of interest of 4%. The shares being held in escrow under the Buyout Agreement were to be surrendered to the Debtor upon full payment of the Debtor's obligation to Mr. Muller. The Debtor's obligation under the Buyout Agreement was memorialized in a promissory note entered in connection with the Buyout Agreement ("**Note**").

In June 2012, the Debtor was notified that pursuant to an assignment of note, the Note was transferred and assigned to Kenneth R. Muller and Donna A. Muller, as Trustees of the Muller Family Trust Dated April 20, 2012 ("**Muller Family Trust**"). Since June 2012, any payments made by the Debtor under the Buyout Agreement were made to the Muller Family Trust Dated April 20, 2012, 103 Regency Drive, Conway, South Carolina 29526. Currently, the balance owed to the Muller Family Trust is $393,670.40.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Matthew Barbaro | 11 Geoffrey Lane Kings Park, NY 11754 | Shareholder and director | 50% |
| Jerome Bernzweig | 62 Fairhaven Boulevard Woodbury, NY 11797 | Shareholder and director | 50% |

4149689

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Paramount Equipment, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ☐ Debtor   ☑ Other (specify):   **Debtor's President, Jerome Bernzweig, and Vice-President, Matthew Barbaro, each deposited one-half of the funds for payment of the $10,000 fee into Debtor's HSBC account and issued a company check for $2,500 and obtained a bank check for $7,500 for the payment of the fee.**

3.   The source of compensation to be paid to me is:

    ☐ Debtor   ☑ Other (specify):   **See above.**

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 12, 2018**
*Date*

**/s/ Thomas R. Slome**
**Thomas R. Slome, Esq.**
*Signature of Attorney*
**Meyer, Suozzi, English & Klein P.C.**
**990 Stewart Avenue, Suite 300**
**Garden City, NY 11530**
**516-741-6565 ext. 5922  Fax: 516-741-6706**
**tslome@msek.com**
*Name of law firm*

---

## United States Bankruptcy Court
### Eastern District of New York

In re   **Paramount Equipment, Inc.** _____

                         Debtor(s)

Case No. _____

Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **September 12, 2018** _____

      **/s/ Matthew Barbaro** _____
      **Matthew Barbaro/Vice President**
      Signer/Title

Date:   **September 12, 2018** _____

      **/s/ Thomas R. Slome** _____
      Signature of Attorney
      **Thomas R. Slome, Esq.**
      **Meyer, Suozzi, English & Klein P.C.**
      **990 Stewart Avenue, Suite 300**
      **Garden City, NY 11530**
      **516-741-6565 ext. 5922  Fax: 516-741-6706**

Rev. 9/17/98

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

A1 Plastic Bags
136 Tichenor Street
Newark, NJ 07105

Adello Uceda Rivera
55 Eisenhower Avenue
Brentwood, NY 11717

Affinity Bag Co.
481-C Johnson Avenue
Bohemia, NY 11716

AirPower Transmission Inc.
81 Gazza Blvd.
Farmingdale, NY 11735

Alford/Presidential Industries
200 West Commercail Avenue
Moonachie, NJ 07074

Allied Plastics Holdings LLC
560 Ferry Street
Newark, NJ 07105

Annette Forgas
2375A Raynor Street
Ronkonkoma, NY 11779

Anthony J. Buttonow
7 Winston Road
Centereach, NY 11720

Babor Packaging
855-857 S Canal Street
Pittsburgh, PA 15212

Bags on the Net
PO Box 404
Bohemia, NY 11716

Ber Plastics
5 Curtis Street
Riverdale, NJ 07457

Cablevision
6 Corporate Drive
Melville, NY 11747


CAI
7m Martel Way
Georgetown, MA 01833


Capital One Bank
PO Box 71083
Charlotte, NC 28272


Charles A. Bodden
111 Dawn Drive
Centereach, NY 11720


Christine H. Black, Acting Asst, UST
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014


Christine H. Black, Asst. UST
Office of the U.S. Trustee
Alfonse D'Amato Federal Courthouse
560 Federal Plaza
Central Islip, NY 11722-4456


Christopher Grob
2295 Chestnut Avenue
Ronkonkoma, NY 11779


Constaflow Pump Corp.
626 Wirebach Street
Easton, PA 18042


Continental Roller Co.
75 Arlington Avenue
Kearny, NJ 07032


Copeland & Laird International
615 West Wiltshire Drive
Wallingford, PA 19086

Daniel Wm. DeLuca, Esq.
3555 Veterans Memorial Highway
Suite P
Ronkonkoma, NY 11779

Dave Barnett
19 Wood Hollow Lane
Fort Salonga, NY 11768

Dynasty Cleaning
PO Box 452
Commack, NY 11725

Eddie Goodman Sales
3606 Preserve Lane
Miramar Beach, FL 32550

EDI Express
2303 W. 190th Street
Torrance, CA 90504

Favorite Plastics
1465 Utica Avenue
Brooklyn, NY 11234

FedEx
PO Box 371461
Pittsburgh, PA 15250

Franklin Braid Mfg. Co.
PO Box 711
Emporia, VA 23847

Freedman Packaging Corp.
454 Livonia Avenue
Brooklyn, NY 11207

FW Hall
913 Route 23 SAO
Pompton Plains, NJ 07444

Georgia Retail Packaging
The Shoppes At Webb Gin
1350 Scenic Highway No. #266
Snellville, GA 30078

Grainger Inc.
199 Orville Drive
Bohemia, NY 11716


Guardian Packaging
110 Center Street
Wilder, KY 41071


Helen La Mere
154 Eugene Street
Holbrook, NY 11741


Hilton Sales
PO Box 776
Lindenhurst, NY 11757-0778


HSBC Bank USA
Commercial Loan Services
Suite 0002
Buffalo, NY 14270


HSBC Bank USA, N.A.
PO Box 9
Buffalo, NY 14240


Intelli-Tec
2000 Shames Drive
Westbury, NY 11590


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


J&L Property Investors LLC
f/k/a RAC Industrial Developers
3505 Veterans Memorial Highway
Ronkonkoma, NY 11779


Jennifer Barbaro
19 Wood Hollow Lane
Northport, NY 11768

Jerome Bernzweig
117 Glen Way
Syosset, NY 11791


Jesus Turcios
223 Sunflower Lane
Islandia, NY 11749


Jones Yarn
PO Box 367
Humboldt, TN 38343


KCK Landscape
3505 Veterans Memorial Highway
Suite A
Ronkonkoma, NY 11779


Kingsway Paper Co.
1731 Ginesi Drive
Freehold, NJ 07728


LI Hardware
3606 Veterans Highway
Bohemia, NY 11716


Luis Turcios
36 E. Walnut Street
Central Islip, NY 11722


Marcia Laird
385 Cedarhurst Street
Islip Terrace, NY 11752


Matthew Barbaro
11 Geoffrey Lane
Kings Park, NY 11754


Muller Family Trust
103 Regency Drive
Conway, SC 29526


National Grid
460 E. Main Street
Patchogue, NY 11772-1306

Neftali Moreno
58 Cordello Avenue
Central Islip, NY 11722


NYC Department of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs
Brooklyn, NY 11201


NYS Department of Taxation &  Finance
Bankruptcy/Special Procedures Section
PO Box 5300
Albany, NY 12205-0300


NYS Unemployment Ins. Fund
P.O. Box 551
Albany, NY 12201-0551


Office of Site Remediation Enforcement
US Environ. Protection Agency
1200 Pennsylvania Avenue, N.W.
Mail Code 2272A
Washington, DC 20004-2004


Oscar A. Hernandez
31 Michigan Street
Bay Shore, NY 11706


Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, NY 11201


Paychex
1767 Veterans Highway
PO Box K
Syosset, NY 11773


Piedmont National
1561 Southland Circle
Atlanta, GA 30318


Pitney Bowes
PO Box 371896
Pittsburgh, PA 15250-7896

Platecrafters
230 Bethlehem Pike
Colmar, PA 18915


Polycraft
40 Ranick Road
Hauppauge, NY 11788


Professional Fire
56 Shore Drive S.
Copiague, NY 11726


PSE&G
175 E. Old Country Road
Hicksville, NY 11801


Ranco Wiping Clothes
14 Troy Place
PO Box 369
Freeport, NY 11520


S&S Express
1537 Illinois Avenue
Bay Shore, NY 11706


Sideweld
2175 Union Blvd.
Bay Shore, NY 11706


Social Security Administration
Office of the Regional Chief Counsel
Region II
26 Federal Plaza, Room 3904
New York, NY 10278


Specialty Box
1040 Broadway
Albany, NY 12204


Staples, Inc.
PO Box 10249
Columbia, SC 29224

Starlite Fuel
111 South 4th Street
Bay Shore, NY 11706


Suffolk Water Authority
PO Box 3147
Hicksville, NY 11802


Summit Toyota
63 Mall Drive
Commack, NY 11725


Supply One
21 Executive Blvd.
Farmingdale, NY 11735


T.M. Kennedt's Garage Door
236 N. Main Street
Sayville, NY 11782


Turner Packaging Concepts
133 High Hammock
Johns Island, SC 29455


U.S. Attorney's Office, EDNY
Attn: Tax & Bankruptcy Unit
147 Pierrepont Street
Brooklyn, NY 11201


U.S. Department of Education
50 Beale Street #8629
San Francisco, CA 94105


U.S. Department of Health and
  Human Services
Office of the General Counsel
26 Federal Plaza - Room 3908
New York, NY 10278


U.S. Dept of Education
PO Box 5609
Greenville, TX 75403-5609

U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281


Uline
PO Box 88741
Chicago, IL 60680-1741


United States Trustee's Office
Region 2
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014


UPS
PO Box 72470244
Philadelphia, PA 19170


Walnut
450 Smith Street
Farmingdale, NY 11735


Wilfredo E. Perla
316 Second Avenue
Brentwood, NY 11717


William K. Harrington, US Trustee
Office of the United States Trustee
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014


Winter Brothers
1198 Prospect Avenue
Westbury, NY 11590-2723


Yellow Freight
PO Box 5901
Topeka, KS 66605-0901

# United States Bankruptcy Court
## Eastern District of New York

In re  __Paramount Equipment, Inc.__ _____     Case No. _____
                                         Debtor(s)          Chapter    __7__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Paramount Equipment, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

__September 12, 2018__ _____     /s/ Thomas R. Slome
Date                                         **Thomas R. Slome, Esq.**
                                             Signature of Attorney or Litigant
                                             Counsel for   **Paramount Equipment, Inc.**
                                             **Meyer, Suozzi, English & Klein P.C.**
                                             **990 Stewart Avenue, Suite 300**
                                             **Garden City, NY 11530**
                                             **516-741-6565 ext. 5922 Fax:516-741-6706**
                                             **tslome@msek.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   Paramount Equipment, Inc. _____   **CASE NO.:.** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above):* _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

/s/ Thomas R. Slome
_____                    _____
**Thomas R. Slome, Esq.**
Signature of Debtor's Attorney                               Signature of Pro Se Debtor/Petitioner
**Meyer, Suozzi, English & Klein P.C.**
**990 Stewart Avenue, Suite 300**
**Garden City, NY 11530**                                    _____
**516-741-6565 ext. 5922 Fax:516-741-6706**
                                                             Signature of Pro Se Joint Debtor/Petitioner


                                                             _____
                                                             Mailing Address of Debtor/Petitioner


                                                             _____
                                                             City, State, Zip Code


                                                             _____
                                                             Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------X

IN RE:    Paramount Equipment, Inc.

Chapter    7

Case No.:

                    Debtor(s)

STATEMENT PURSUANT TO LOCAL RULE 2017

---------------------------------------------X

I, Thomas R. Slome, Esq., an attorney admitted to practice in this Court, state:

1.  That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2.  That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| 8/15/2018 to 8/29/2018 | Initial interview, analysis of financial condition, assessment of options to address same, including out of court wind-down and chapter 11, etc. |
| 8/29/2018 to 9/10/2018 | Preparation and review of Bankruptcy petition, schedules and statement of financial affairs |

3.  That my firm will also represent the debtor(s) at the first meeting of creditors.

4.  That all services rendered prior to the filing of the petition herein were rendered by my firm.

5.  That my usual rate of compensation of bankruptcy matters of this type is $ __575.00/hour__.

Dated: September 12, 2018

                    /s/ Thomas R. Slome
                    Thomas R. Slome, Esq.
                    **Attorney for debtor(s)**
                    Meyer, Suozzi, English & Klein P.C.
                    990 Stewart Avenue, Suite 300
                    Garden City, NY 11530

                    516-741-6565 ext. 5922 Fax:516-741-6706
                    tslome@msek.com